UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JAMES M. WEST,

      Plaintiff,

                **DECISION AND ORDER**
 v.                   15-CV-647-A

MICHAEL SHEAHAN and
LT. ANDREW GIANNINO,

      Defendants.

---

  The above-referenced case was referred to Magistrate Judge Michael J. Roemer for the conduct of pretrial proceedings pursuant to 28 U.S.C. § 636(b). On February 14, 2019, Magistrate Judge Roemer filed a Report and Recommendation (Dkt. No. 54) recommending that defendants' motion under Fed. R. Civ. P. 56 for summary judgment (Dkt. No. 51) be granted.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and no objections to the Report and Recommendation having been timely filed, it is hereby

  **ORDERED,** pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in the Report and Recommendation, the summary judgment motion filed by defendants Michael Sheahan and Lt. Andrew Giannino (Dkt. No. 51) is granted; and it is further

  **ORDERED**, that the Clerk of the Court shall enter Judgment in favor of each defendant; and .

**ORDERED**, that the Clerk of the Court shall close the case.

**SO ORDERED.**

                                              __*s/Richard J. Arcara*_____
                                              HONORABLE RICHARD J. ARCARA
                                              UNITED STATES DISTRICT COURT

Dated: March 19, 2019